1
2
3
4

SEYFARTH SHAW LLP
Brian T. Ashe (SBN 139999)
bashe@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105-2930
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

5
6

Attorneys for Defendants
DIGITAL REALTY TRUST, INC. and
ELLEN JACOBS

7

## UNITED STATES DISTRICT COURT

8

## NORTHERN DISTRICT OF CALIFORNIA

9

10

PAUL SOMERS, an individual,

Case No. 4:14-cv-05180-EMC

11

Plaintiff,

**STIPULATION TO EXTEND TIME TO RESPOND OR ANSWER**

12

v.

13
14

DIGITAL REALTY TRUST, INC., a Maryland corporation, ELLEN JACOBS, and individual, and DOES ONE through TEN, inclusive,

Complaint filed:  November 24, 2014

15

Defendants.

16
17
18

## STIPULATION

19

Pursuant to Civil Local Rule 6-1(b), Plaintiff PAUL SOMERS and Defendants DIGITAL

20

REALTY TRUST, INC. and ELLEN JACOBS, by and through their undersigned counsel, hereby

21

stipulate and agree as follows:

22

**WHEREAS**, on November 24, 2014, Plaintiff filed a Complaint for Damages in this Court,

23

alleging employment-related claims against Defendants.

24

**WHEREAS**, on December 2, 2014, Plaintiff served Defendant DIGITAL REALTY TRUST,

25

INC. with a copy of the Summons and Complaint in this matter;

26

**WHEREAS**, on December 8, 2014, Plaintiff mailed a waiver of service of Summons in this

27

matter regarding Defendant JACOBS, whose deadline for responding to the complaint shall be February

28

6, 2015.  *See* Fed.R.Civ.P. 12 & 4(d).

1

18715445v.1

1    **WHEREAS**, the parties have agreed to extend the deadline for DIGITAL to respond to the

2    Complaint or otherwise plead so that the deadline for all Defendants is February 6, 2015.

3    **NOW THEREFORE, THE PARTIES HEREBY STIPULATE** that Defendants DIGITAL

4    REALTY TRUST, INC. and ELLEN JACOBS shall both have until February 6, 2015 to respond or

5    otherwise plead in this matter.

6    **IT IS SO STIPULATED.**

7

8    DATED: December 19, 2014                    By: */s/ Stephen F. Henry*

9                                                     Stephen F. Henry

10                                                Attorneys for Plaintiff
                                                 PAUL SOMERS

11

12   DATED: December 19, 2014                    SEYFARTH SHAW LLP

13

14                                               By: */s/ Brian T. Ashe*
                                                     Brian T. Ashe

15                                               Attorneys for Defendants
16                                               DIGITAL REALTY TRUST, INC. and
                                                 ELLEN JACOBS

17            **ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

18           I, Brian T. Ashe, attest that concurrence in the filing of this document has been obtained from the

19   signatory Stephen F. Henry.

20            Executed this 19th day of December 2014 in San Francisco, California.

21

22   DATED: December 19, 2014                    SEYFARTH SHAW LLP

23

24                                               By: */s/ Brian T. Ashe*
                                                     Brian T. Ashe

25                                               Attorneys for Defendants
26                                               DIGITAL REALTY TRUST, INC. and
                                                 ELLEN JACOBS

27

28

IT IS SO ORDERED:

_____
Edward M. C...
U.S. Distri...

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

18715445v.1