**STEPHEN F. HENRY, ESQ.**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@SHenrylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SOMERS, an individual,<br><br>  Plaintiff,<br><br>  vs.<br>DIGITAL REALTY TRUST INC., a Maryland corporation, ELLEN JACOBS, an individual, and DOES ONE through TEN, inclusive,<br><br>  Defendants. | Case No. 14-CV-05180 EMC<br><br>**STIPULATION TO CHANGE DATE FOR HEARING RE MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

    Plaintiff's counsel requested Administrative Relief pursuant to Local Rule 7-11 with regard to the date set by the Court for hearing on Defendant's Motion to Dismiss and the Case Management Conference, both set for March 26, 2015 at 1:30 p.m.  Plaintiff's counsel will be in trial in Alameda Superior Court and unable to attend the hearing and conference either in person or by Courtcall.  The Court responded to Plaintiff's Administrative Motion with a request for a stipulation.

    The parties hereby stipulate to move the hearing date for Defendant's Motion to Dismiss and the Case Management Conference to April 30, 2015 at 1:30 p.m.

CASE NO. 14-CV-05180 EMC                1          Stipulation to Change Date of Hearing

1  DATED: March 12, 2015                         Respectfully submitted,

2

3                                                By: /s/ Stephen F. Henry
                                                     Stephen F. Henry
4                                                Attorney for Plaintiff
                                                 PAUL SOMERS
5

6  DATED: March 12, 2015                         Respectfully submitted,

7                                                SEYFARTH SHAW LLP

8

9                                                By:  /s/ Daniel C. Kim
                                                     Brian T. Ashe
10                                                   Kyle A. Petersen (admitted *pro hac vice*)
                                                     Daniel C. Kim
11

12                                               Attorneys for Defendants
     IT IS SO ORDERED.  The motion to            DIGITAL REALTY TRUST, INC.
13   dismiss and CMC is reset for 4/30/15        and ELLEN JACOBS
     at 1:30 p.m.  A joint CMC statement
14   is due 4/23/15.

15   _____

16   Edward M. Chen
     U.S. District Judge

17

    [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

CASE NO. 14-CV-05180 EMC                    2           Stipulation to Change Date of Hearing