SEYFARTH SHAW LLP
Brian T. Ashe (SBN 139999)
bashe@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

SEYFARTH SHAW LLP
Kyle A. Petersen (ISBN 6275689) (admitted *Pro Hac Vice*)
kpetersen@seyfarth.com
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone:     (312) 460-5000
Facsimile:     (312) 460-7000

SEYFARTH SHAW LLP
Daniel C. Kim (SBN 272680)
dckim@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendants
DIGITAL REALTY TRUST, INC.
and ELLEN JACOBS

STEPHEN F. HENRY, ESQ.
Stephen F. Henry (SBN 142336)
shenry@SHenrylaw.com
2625 Alcatraz Avenue, #615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile: (510) 295-2516

Attorneys for Plaintiff
PAUL SOMERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SOMERS, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>DIGITAL REALTY TRUST, INC., a Maryland corporation; ELLEN JACOBS, an individual, and DOES ONE through TEN, inclusive,<br><br>        Defendants. | Case No. 3:14-cv-05180 EMC<br><br>**STIPULATION TO STAY DISCOVERY; [PR~~OPO~~SED] ORDER** |

Plaintiff PAUL SOMERS ("Plaintiff") and Defendants DIGITAL REALTY TRUST, INC. ("Digital") and ELLEN JACOBS (collectively, "Defendants"), by and through their respective attorneys (the "Parties"), hereby submit the following Stipulated Request:

1

STIPULATION TO STAY DISCOVERY; [PROPOSED] ORDER /CASE NO. 3:14-CV-05180 EMC
19553269v.1

1. The Parties stipulate that a discovery stay shall go into effect until the Court issues an Order regarding Digital's Motion to Dismiss (Dock. No. 20) set for hearing on April 30, 2015 at 1:30 p.m.

2. The Parties further stipulate that good cause exists for this stay on discovery since an order granting Digital's Motion to Dismiss Plaintiff's second cause of action for Whistleblower claims will materially change the factual issues requiring discovery.

3. The Parties further stipulate that no undue prejudice will be suffered by either party as a result of the proposed discovery stay.

This stipulation is executed and filed pursuant to Local Rule 6-1(a). No prior discovery stays have been agreed upon.

SO STIPULATED.

DATED: March 31, 2015

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Brian T. Ashe
    Brian T. Ashe
    Kyle A. Petersen (admitted *pro hac vice*)
    Daniel C. Kim

Attorneys for Defendant
DIGITAL REALTY TRUST
and ELLEN JACOBS

STEPHEN F. HENRY, ESQ.

DATED: March 27, 2015

By: /s/ Stephen F. Henry
    Stephen F. Henry

Attorneys for Plaintiff
PAUL SOMERS

It is so ORDERED.

Dated: April 6, 2015

_____
Hon. Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen