ORIGINAL

RECEIVED

MAR 16 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: PAUL SOMERS
Address: 10 E 29th St Apt 24K
New York, NY 10016
Phone Number: 917-868-1070
E-mail Address: paulsomers@me.com
Pro Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PAUL SOMERS, an individual,
    Plaintiff,
v.
DIGITAL REALTY TRUST, INC., a Maryland corporation; ELLEN JACOBS, an individual, and DOES ONE through TEN, inclusive,
    Defendants.

Case Number: 3:14-cv-05180-EMC

[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

BY FAX

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED. Mr. Somers shall contact the ECF help desk to set up the e-filing account.

DATED: 3/16/16

United States District/Magistrate Judge

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen