PAUL SOMERS
29 E. 29Th St.  Apt. 24K
New York, NY 10016
Telephone:  (917) 868-1070
E-Mail: paulsomers@me.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SOMERS<br><br>      Plaintiff,<br><br>      vs.<br><br>DIGITAL REALTY TRUST, INC., a Maryland corporation; ELLEN JACOBS, an individual, and DOES ONE through TEN, inclusive,<br><br>      Defendants. | **Case No. 3:14-cv-05180 EMC**<br><br>**NOTICE AND MOTION TO EXTEND TIME**<br><br>**No Hearing Requested**<br><br>Judge:   Hon. Kandis Westmore |

TO THE CLERK OF THIS COURT AND TO ALL PARTIES TO THIS ACTION:

**PLEASE TAKE NOTICE THAT** Plaintiff Paul Somers, Pro Se,

is filing a motion to extend time to submit joint letters regarding discovery deficiencies.

1    Pursuant to Federal Rule of Civil Procedure 6(b) and Northern District of California

2  Local Rules 6-3, Plaintiff Paul Somers requests a 7-day enlargement of time, until May 25, 2016,

3  to complete joint letters with respect to discovery deficiencies as was ordered by the Court at the

4  telephonic meeting with the Court on April 14, 2016.  Under the current schedule, the joint letters

5  are due on May 18, 2016.   Good cause for an extension is present to complete a proper submittal

6  to the Court in the format required under the Standing Orders and due to fact that  Plaintiff

7  recently lost time to devote to the matter due to hospitalization.  The Plaintiff approached the

8  Defendant requesting stipulation to the the extension which they have denied for unknown

9  reasons.

10    There have been no previous time modifications in this action and the requested time

11  modification would have no other effect on the schedule of this case.  The requested 7-day

12  enlargement of time would permit both parties have ample time to ensure the letters are complete

13  and represent both parties views. In the absence of an extension, this ability would be prejudiced.

14  It is for these reasons that the Court should grant the requested enlargement to provide ample

15  time until May 25, 2016.

16

17

18  Dated:  MAY 16, 2016                    By: _____

19

20                                              PAUL SOMERS
                                                PLAINTIFF, PRO SE

21

22

23

24  Dated: May 17, 2016



GRANTED

Kandis Westmore

Judge Kandis Westmore

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

25

26

27

28

NOTICE AND MOTION TO EXTEND TIME TO SUBMIT
JOINT LETTERS  Case No. 3:14-cv-05180 EMC

BOST_765995.1