1  PAUL SOMERS
2  29 E. 29Th St. Apt. 42A
   New York, NY 10016
3  Telephone: (917) 868-1070
   E-Mail: paulsomers@me.com
4  Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PAUL SOMERS, an individual, | Case No. 3:14-cv-05180 EMC |
|---|---|
| Plaintiff, | **MOTION TO REMOVE INCORRECTLY FILED DOCUMENT AND EXTEND TIME TO FILE** |
| v. | |
| DIGITAL REALTY TRUST, INC., a Maryland corporation; ELLEN JACOBS, an individual, and DOES ONE through TEN, inclusive, | |
| Defendants. | |

The Plaintiff, Paul Somers, requests the removal of Document 103, "Discovery Letter Brief" filed by the Defendant on 5/25/2016. The information filed with the Court is not the same as the example signed and approved by the Plaintiff . The Defendant inadvertently added exhibits and made other possible changes to the letter which were neither anticipated nor reviewed and agreed to by Plaintiff. As a result, the filing is not in the spirit of a joint letter regarding the discovery dispute.

With the Court's approval, the parties will resubmit the joint letter no later than June 1, 2016 after meeting and conferring on the matter. The Defendant has been alerted of this motion.

DATED: May 27, 2016

Respectfully submitted,

PAUL SOMERS
Pro Se

ORDER

Plaintiff's motion is granted as unopposed. The parties shall re-file the joint letter by no later than June 10, 2016. The parties shall promptly lodge a chambers copy of their filing as required by Civil Local Rule 5-1. The parties are on notice that given the unusual length of their filing, the Court expects to schedule a further conference call later than originally anticipated.

IT IS SO ORDERED.

DATE: 06/07/16

KANDIS A. WESTMORE
United States Magistrate Judge