UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SOMERS,<br><br>    Plaintiff,<br><br>v.<br><br>DIGITAL REALTY TRUST INC, et al.,<br><br>    Defendants. | Case No. 14-cv-05180-EMC<br><br>**ORDER RE SUPPLEMENTAL BRIEFING ON PLAINTIFFS' OBJECTIONS**<br><br>Docket No. 111 |

Plaintiff Paul Somers has filed objections to Judge Westmore's July 8, 2016 Order, pursuant to Federal Rule of Civil Procedure 72(a). Docket No. 111. Defendants must file an opposition to Plaintiff's objections by **August 5, 2016** at **5:00 p.m. PST**, not to exceed five pages. In particular, Defendants should substantively address Somers's contention that he should not be required to turn over medical records. *See Smith v. Equinox Holdings, Inc.*, Case No. 14-cv-846-LB, 2015 U.S. Dist. LEXIS 17527, at *6-11 (N.D. Cal. Feb. 12, 2015) (quashing subpoena for medical records where the plaintiff's allegations fell "within the range of normal emotional distress incident to a more or less extrinsic underlying wrong").

**IT IS SO ORDERED**.

Dated: August 3, 2016

_____
EDWARD M. CHEN
United States District Judge