**PAUL SOMERS**
PRO SE
10 E 29th St., Apt. 42A
New York, NY 10016
Telephone: (917) 868-1070
paulsomers@me.com

*Pro Se* PLAINTIFF

UNITED STATES DISTRICT COURT

FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SOMERS, an individual, | Case No. 14-CV-05180 EMC |
| Plaintiff, | JOINT STIPULATION TO CONTINUE DATE FOR CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER (modified) |
| vs. | |
| DIGITAL REALTY TRUST INC., a Maryland corporation, ELLEN JACOBS, an individual, and DOES ONE through TEN, inclusive, | |
| Defendants. | |

Under Local Rules 6-2 and 7-12, Plaintiff Paul Somers, acting pro se ("Plaintiff"), and Defendants Digital Reality Trust, Inc., and Ellen Jacobs ("Defendants"), agree and request this Court to continue the Case Management Conference set for September 8, 2016. The parties propose to continue the Case Management Conference to October 13, 2016, or as soon as this Court is available.

Under Civil Local Rule 6-2(a)(1) the, reasons for this request are:

Plaintiff recently suffered a medical emergency in his hometown of New York, New York, that has hurt his ability to work on this case. (Plaintiff reveals this information only for use in this Joint Stipulation and without waiving the confidentiality of any of his other health or medical information). This medical setback has been difficult in light of Plaintiff's *pro se* status in this case.

Under Civil Local Rule 6-2(a)(2), earlier time modifications in this case were:

- Case Management Conference: originally scheduled for March 10, 2015; reset by the Court to March 26, 2015; further continued on parties' motion to April 30, 2015.

28691116v.2

1   • Case Management Conference: scheduled for April 30, 2015, reset by the Court for May 1, 2015.

2   • Case Management Conference: scheduled for October 22, 2015; reset by the Court to November 5, 2015; and again to November 17, 2015; continued on Plaintiff's motion to January 21, 2016.

3   • Case Management Conference: scheduled for August 25, 2016; reset by the Court to August 26, 2016; continued on parties' motion to September 8, 2016.

Under Civil Local Rule 6-2(a)(3), the requested Continuance would have the following effects on this case:

• It will move the Case Management Conference to a date after the hearing on Defendant's Motion to Compel Plaintiff's Deposition and Defendants' Motion for Sanctions, scheduled concurrently for October 6, 2016 before Judge Westmore. No other pending dates will be impacted by this modification.

Based on the foregoing, the parties respectfully request that the Case Management Conference be reset to October ~~13~~ 18, 2016, at 10:30 a.m. or another date convenient to the Court, and that the further case management statement be ~~rescheduled accordingly.~~ filed by October 11, 2016.

**IT IS SO ORDERED.**

Dated: 9/2/2016

_____
Hon. Judge Edward Chen
United States District Court

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — United States District Court Northern District of California]

Respectfully submitted,

Dated: 08/30/2016

PLAINTIFF

By: /s/ Paul Somers
PAUL SOMERS
*Pro Se* Plaintiff

Dated: 8/30/2016

SEYFARTH & SHAW

By: _____
Brian T. Ashe
Kyle A. Petersen
Shireen Yvette Wetmore
Attorneys for Defendants
DIGITAL REALTY TRUST & ELLEN JACOBS

2

28691116v.2