UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL SOMERS,

    Plaintiff,

    v.

DIGITAL REALTY TRUST INC, et al.,

    Defendants.

Case No. 14-cv-05180-EMC (KAW)

**ORDER RE STATUS UPDATE**

On September 6, 2016, the Court issued an Order requiring that Plaintiff attend his deposition by September 26, 2016. (Dkt. No. 132.) The Court ORDERS the parties to file a status update by September 28, 2016, stating when the deposition took place and when it was completed.

IT IS SO ORDERED.

Dated: September 21, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge