SEYFARTH SHAW LLP
Brian T. Ashe (SBN 139999)
bashe@seyfarth.com
Shireen Yvette Wetmore (SBN 278501)
swetmore@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

SEYFARTH SHAW LLP
Kyle A. Petersen (admitted *Pro Hac Vice*)
kpetersen@seyfarth.com
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone:    (312) 460-5000
Facsimile:    (312) 460-7000

Attorneys for Defendants
DIGITAL REALTY TRUST, INC. and ELLEN JACOBS

Jennifer Suzanne Anderson (SBN 202864)
janderson@jandersonlegal.com
9715 King Road
Loomis, CA 95650
916.280.5221

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SOMERS, an individual,<br><br>              Plaintiff,<br><br>       v.<br><br>DIGITAL REALTY TRUST, INC., a Maryland corporation; ELLEN JACOBS, an individual, and DOES ONE through TEN, inclusive,<br><br>              Defendants. | Case No. 3:14-cv-05180 EMC (KAW)<br><br>**STIPULATION OF PARTIES TO ASSIGNMENT TO COURT-APPOINTED MEDIATOR AND [PROPOSED] ORDER** |

Plaintiff PAUL SOMERS and Defendants DIGITAL REALTY TRUST, INC. and ELLEN JACOBS hereby stipulate to participate in the Court's ADR Program through a Court appointed mediator.  The parties seek the Court's approval for this request for mediation, as indicated by the proposed order below.  The parties have not been able to schedule a private mediator.

The parties believe that this mediation will best serve the parties' interests and may lead to early resolution of this case.

DATED:  October 10, 2016                                      Respectfully submitted,

                                                             SEYFARTH SHAW LLP

                                                             By: /s/ Shireen Y. Wetmore
                                                                    Brian T. Ashe
                                                                    Shireen Yvette Wetmore
                                                                    Kyle A. Petersen
                                                                    Attorneys for Defendants
                                                                    DIGITAL REALTY TRUST, INC. and
                                                                    ELLEN JACOBS

DATED:  October 10, 2016

                                                         By          */s/ Jennifer S. Anderson*
                                                                Jennifer S. Anderson
                                                               Attorney for Plaintiff

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Shireen Y. Wetmore, attest that concurrence in the filing of this stipulation has been obtained from the signatory, Jennifer Suzanne Anderson, counsel for Plaintiff.

Executed this 10th day of October 2016, in San Francisco, CA.

                                        /s/    Shireen Y. Wetmore
                                           Shireen Y. Wetmore

1

1  The Court hereby orders this matter be assigned to a court-appointed mediator, with mediation to be completed by __12/19__, 2016.

**IT IS SO ORDERED:**

DATED: __10/18/16_____                 _____
                                                    Honorable Edward M. Chen

35275830v.1

IT IS SO ORDERED
Judge Edward M. Chen

1

**STIPULATION OF PARTIES TO ASSIGNMENT OF COURT-APPOINTED MEDIATOR AND [PROPOSED] ORDER**
**CASE NO. 3:14-CV-05180 EMC (KAW)**