1  Jennifer S. Anderson (SBN 202864)
   janderson@jandersonlegal.com
2  9715 King Road
   Loomis, California 95650
3  Telephone:  (916) 280-5221

4  Attorney for Plaintiff
   PAUL SOMERS
5
   SEYFARTH SHAW LLP
6
   Brian T. Ashe (SBN 139999)
7  bashe@seyfarth.com
   Shireen Yvette Wetmore (SBN 278501)
8  swetmore@seyfarth.com
   560 Mission Street, 31st Floor
9  San Francisco, California 94105
   Telephone:     (415) 397-2823
10 Facsimile:     (415) 397-8549

11 SEYFARTH SHAW LLP
   Kyle A. Petersen (ISBN 6275689) (admitted *Pro Hac Vice*)
12 kpetersen@seyfarth.com
   131 South Dearborn Street, Suite 2400
13 Chicago, Illinois 60603
   Telephone:     (312) 460-5000
14 Facsimile:     (312) 460-7000

15 Attorneys for Defendants
   DIGITAL REALTY TRUST, INC.
16 and ELLEN JACOBS

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  PAUL SOMERS, an individual, | Case No. 3:14-cv-05180 EMC (KAW) |
| 20           Plaintiff, | **EXPEDITED STIPULATION TO CONTINUE PLAINTIFF'S DEPOSITION TO ALLOW FOR SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER** |
| 21      v. | |
| 22  DIGITAL REALTY TRUST, INC., a Maryland corporation; ELLEN JACOBS, an individual, and | |
| 23  DOES ONE through TEN, inclusive, | |
| 24           Defendants. | |

25
26
27
28

EXPEDITED STIPULATION TO CONTINUE PLAINTIFF'S DEPOSITION TO ALLOW FOR SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER / /CASE NO. 3:14-CV-05180 EMC (KAW)

35499843v.1

The parties to the captioned matter, by and through their respective counsel of record, hereby stipulate:

1. WHEREAS, Plaintiff's current counsel of record, Jennifer Anderson, substituted into this lawsuit on October 4, 2016;

2. WHEREAS, Plaintiff informed Ms. Anderson on October 19, 2016 that he is terminating her engagement as his counsel effective immediately and that she is to withdraw as counsel of record, or words to that effect;

3. WHEREAS, this Court ordered Plaintiff's deposition to be taken next week, on October 26, 2016;

4. WHEREAS, Ms. Anderson will not be relieved as counsel by October 26, 2016, nor will plaintiff have an opportunity to hire new counsel by that date;

5. WHEREAS, defense counsel is unwilling to proceed with plaintiff's deposition until the Court reviews and approves Plaintiff's representation situation, which will not happen today;

6. WHEREAS, defense counsel cannot properly prepare for Plaintiff's October 26, 2016 deposition after today due to counsel's travel schedule and other client commitments;

NOW, THEREFORE, the parties stipulate to continue Plaintiff's deposition from October 26, 2016 to November 22, 2016 and ask the Court to find GOOD CAUSE for Plaintiff's deposition to take place then.  This continuance of the ordered deposition will allow Plaintiff's current counsel to withdraw from the case in an orderly fashion, provide the Plaintiff with an opportunity to hire new counsel and have that counsel be prepared to defend the deposition, and assure defense counsel that Plaintiff has the opportunity to have his deposition taken with counsel of his choice representing him, if any.

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Brian T. Ashe, attest that concurrence in the filing of this stipulation has been obtained from the signatory, Jennifer Suzanne Anderson, counsel for Plaintiff.

Executed this 19th day of October 2016, in San Francisco, CA.

/s/     Brian T. Ashe
Brian T. Ashe

1

EXPEDITED STIPULATION TO CONTINUE PLAINTIFF'S DEPOSITION TO ALLOW FOR SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER / /CASE NO. 3:14-CV-05180 EMC (KAW)

35499843v.1

DATED:  October 19, 2016                     Respectfully submitted,


                                             By: /s/ *Jennifer S. Anderson*
                                                  Jennifer S. Anderson

                                             Attorney for Plaintiff
                                             PAUL SOMERS




DATED:  October 19, 2016                     Respectfully submitted,

                                             SEYFARTH SHAW LLP


                                             By: /s/ *Brian T. Ashe*
                                                  Brian T. Ashe
                                                  Kyle A. Petersen
                                                  Shireen Y. Wetmore

                                             Attorneys for Defendants
                                             DIGITAL REALTY TRUST
                                             and ELLEN JACOBS


## [~~PROPOSED~~] ORDER

GOOD CAUSE appearing therefore, it is hereby ORDERED that plaintiff's deposition shall be continued from October 26, 2016 to November 22, 2016.

DATED:  10/19/16                             _____*Kandis Westmore*_____
                                             THE HONORABLE KANDIS A. WESTMORE

2