SEYFARTH SHAW LLP
Brian T. Ashe (SBN 139999)
bashe@seyfarth.com
Kiran A. Seldon (SBN 212803)
kseldon@seyfarth.com
Shireen Yvette Wetmore (SBN 278501)
swetmore@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Kyle A. Petersen (ISBN 6275689) (*Pro Hac Vice*)
kpetersen@seyfarth.com
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Attorneys for Defendants
DIGITAL REALTY TRUST, INC. and
ELLEN JACOBS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SOMERS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>DIGITAL REALTY TRUST, INC., a Maryland corporation, ELLEN JACOBS, and individual, and DOES ONE through TEN, inclusive,<br><br>    Defendants. | Case No. 4:14-cv-05180-EMC<br><br>**STIPULATION FOR TEMPORARY STAY PENDING PETITION FOR WRIT OF CERTIORARI PROCEEDINGS; [P~~ROPO~~SED] ORDER**<br><br><u>Current Hearing Date on Motion to Stay</u><br>Date:         May 4, 2017<br>Time:        1:30 p.m.<br>Courtroom:  5, 17th Floor<br>Judge:       Hon. Edward M. Chen |

## STIPULATION

Pursuant to Civil L.R. 7-12, Plaintiff PAUL SOMERS ("Plaintiff"), for himself, and Defendants DIGITAL REALTY TRUST, INC. ("Digital") and ELLEN JACOBS (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on March 30, 2017, Digital filed a Motion for Temporary Stay Pending Petition for Writ of Certiorari Proceedings ("Motion"), requesting that the Court temporarily stay proceedings in this matter until the U.S. Supreme Court disposes of Digital's forthcoming petition for writ of certiorari, Dkt. No. 202;

**WHEREAS**, Plaintiff initially advised Digital that he opposed the requested stay, but has since retained the law firm of Stris & Maher LLP, a well-respected litigation boutique, to represent him in proceedings before the U.S. Supreme Court;

**WHEREAS**, Defendants have now agreed to further expedite the filing of their certiorari petition, and have also agreed to waive the 14-day waiting period for filing a petition-stage reply (*see* S. Ct. R. 15.5), thereby ensuring a timely distribution for the Justices' June 15 conference;

**WHEREAS**, Plaintiff now agrees that a short stay would promote his interests pending the Supreme Court's disposition of Digital's petition, and that such a stay would conserve the resources of the parties and the Court;

**THEREFORE, THE PARTIES HEREBY STIPULATE AND RESPECTFULLY REQUEST THAT THE COURT ORDER** a temporary stay of district-court proceedings in this case pending the Supreme Court's disposition of Digital's petition for writ of certiorari, and that the hearing scheduled on Digital's Motion be taken off-calendar.

DATED: April 5 2017

SEYFARTH SHAW LLP

By:     */s/ Brian T. Ashe*
      Brian T. Ashe
      Kyle A. Petersen
      Kiran A. Seldon
      Shireen Y. Wetmore

Attorneys for Defendants
DIGITAL REALTY TRUST
and ELLEN JACOBS

| | | |
|---|---|---|
| DATED: April 5, 2017 | By: | _/s/ Paul Somers_ |
| | | Paul Somers |

Plaintiff, pro se

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Brian T. Ashe, attest that concurrence in the filing of this document has been obtained from the signatory Paul Somers.

Executed this 5th day of April 2017 in San Francisco, California.

By: _/s/ Brian T. Ashe_

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the hearing on Defendant Digital Realty Trust, Inc.'s Motion for Temporary Stay Pending Petition for Writ of Certiorari Proceedings is hereby taken off-calendar, and that all district-court proceedings in this case shall be stayed pending the U.S. Supreme Court's disposition of Defendant Digital Realty Trust's forthcoming petition for writ of certiorari.

```
5/4/17 Motion to stay hearing is vacated. Further
Status is set for 6/22/17 at 10:30 a.m. An updated
Joint status Report shall be filed by 6/15/17.
```

DATED: April _11_, 2017

Honorable Edward M. Chen
Judge United States District Court

*IT IS SO ORDERED AS MODIFIED*
/s/ Judge Edward M. Chen

STIPULATION FOR TEMPORARY STAY PENDING PETITION FOR WRIT OF CERTIORARI PROCEEDINGS; [PROPOSED] ORDER

38447190v.1