UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 30 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAUL SOMERS,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>DIGITAL REALTY TRUST INC., a Maryland corporation and ELLEN JACOBS,<br><br>   Defendants - Appellants. | No. 15-17352<br><br>D.C. No. 3:14-cv-05180-EMC<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered March 08, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

             FOR THE COURT:

             MOLLY C. DWYER
             CLERK OF COURT

             By: Jessica F. Flores Poblano
             Deputy Clerk
             Ninth Circuit Rule 27-7