# PROOF OF SERVICE

I, Paul Somers *pro se* Plaintiff, declare as follows:

I am a citizen of the United States, over the age of eighteen years and a party within the entitled action.  My address is 10 E 29th St, Apt 42A, New York, NY 10016.

On April 28, 2017, I served the attached:

**Letter Briefs to Magistrate Judge Westmore**

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:
Defendants' Attorneys
Brian T. Ashe
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105-2930

and served the named document in the manner indicated below:

☒ **BY MAIL**: I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), at New York, New York, for collection and mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

☐ **BY OVERNIGHT MAIL**: I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), for overnight mailing by Federal Express,

☐ **BY FACSIMILE**: I caused true and correct copies of the above document(s) to be sent via facsimile to the addressee(s) on this date.  The facsimile machine used complies with California Rule of Court 2003(3) and no error was reported by the sending facsimile machine.  The transmission record for this facsimile complies with California Rule of Court 2003(6).

☐ **BY HAND DELIVERY**: I caused true and correct copies of the above document(s) to be placed within a sealed envelope or other package and then caused the package to be hand-delivered to the addressee(s) on this date.

☒ **BY EMAIL**: I caused true and correct copies of the above document(s) to be sent via email to the addressee(s) on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed On April 28, 2017, at New York, New York.

   /s/ Paul Somers
PAUL SOMERS

CASE NO. 14-CV-05180 EMC            **Letter Briefs to Magistrate Judge Westmore**