# PROOF OF SERVICE

1

2   I, Paul Somers *pro se* Plaintiff, declare as follows:

3   I am a citizen of the United States, over the age of eighteen years and a party within the entitled action. My address is 399 Fremont St. Unit 329, San Francisco California.

4

5   On May 11, 2017, I served the attached:

6   **Request for Hearing**

7   on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:
8   Defendants' Attorneys
    Brian T. Ashe
9   Seyfarth Shaw LLP
10  560 Mission Street, Suite 3100
    San Francisco, CA 94105-2930
11
    and served the named document in the manner indicated below:
12
13  ☒ **BY MAIL**: I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), at New York, New York, for collection and mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.
14

15

16  ☐ **BY OVERNIGHT MAIL**: I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), for overnight mailing by Federal Express,

17

18  ☐ **BY FACSIMILE**: I caused true and correct copies of the above document(s) to be sent via facsimile to the addressee(s) on this date. The facsimile machine used complies with California Rule of Court 2003(3) and no error was reported by the sending facsimile machine. The transmission record for this facsimile complies with California Rule of Court 2003(6).

19

20  ☐ **BY HAND DELIVERY**: I caused true and correct copies of the above document(s) to be placed within a sealed envelope or other package and then caused the package to be hand-delivered to the addressee(s) on this date.

21

22  ☒ **BY EMAIL**: I caused true and correct copies of the above document(s) to be sent via email to the addressee(s) on this date.

23

24  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

25  Executed On May 11, 2017, at San Francisco, California

26

27                                   /s/ Paul Somers
                                     PAUL SOMERS

28

CASE NO. 14-CV-05180 EMC                **Request for Hearing**