UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SOMERS,<br><br>    Plaintiff,<br><br>    v.<br><br>DIGITAL REALTY TRUST INC, et al.,<br><br>    Defendants. | Case No. 14-cv-05180-EMC (KAW)<br><br>**ORDER REGARDING EX PARTE COMMUNICATION** |

The Court has received the attached improper ex parte communication from Plaintiff Paul Somers, requesting expedited review of his motion to extend time. Pursuant to Civil Local Rule 6-3(b), Defendants have four days to oppose Plaintiff's request to extend time. The opposition was filed this afternoon, and the Court will rule on Plaintiff's request for an extension of time in due course. (*See* Dkt. No. 275.) The Court also notes that Plaintiff's opposition to Defendants' motion for sanctions was due on February 8, 2018, and that it is therefore not possible for the Court to rule on Plaintiff's request for an extension of time prior to the due date of his opposition. In the future, Plaintiff must file timely requests for relief on the docket.

IT IS SO ORDERED.

Dated: February 13, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge