UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SOMERS,<br><br>            Plaintiff,<br><br>     v.<br><br>DIGITAL REALTY TRUST INC, et al.,<br><br>            Defendants. | Case No. 14-cv-05180-EMC<br><br>**ORDER OF REFERENCE** |

This case has previously been referred to Magistrate Judge Westmore for all discovery purposes. Plaintiff Paul Somers' motion to strike Defendant's notice of unavailability appears to be related to a discovery dispute and Judge Westmore's prior discovery-related orders. *See* Docket No. 280. It is therefore referred to Judge Westmore for resolution.

**IT IS SO ORDERED.**

Dated: March 5, 2018

EDWARD M. CHEN
United States District Judge