Paul Somers
185 Channel St.
San Francisco, CA 94158
Telephone: (917) 868-1070
paulsomers@me.com
Pro Se

UNITED STATES DISTRICT COURT

FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SOMERS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL REALTY TRUST INC., a Maryland corporation, ELLEN JACOBS, an individual, and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 14-CV-05180 KAW<br><br>**DECLARATION OF PAUL SOMERS IN SUPPORT OF RECUSAL OR DISQUALIFICATION OF MAGISTRATE JUDGE KANDIS WESTMORE** |

I, Paul Somers, declare:

1. I am Plaintiff in the above entitled action and state the following from my personal knowledge.  If called to testify to the facts set forth below, I could competently testify to them.

2. I maintain the website SomersDecision.com.  I am embedded Statcounter on the website since it first went online to collect data about the visitors who visited the website.  The data provided as Exhibit A is true and correct taken directly from my account on the Statcounter website.

3. Only 5-6 hits have been registered to the web pages entitled *"Fact Finders will Determine if Digital Realty's Attorneys Committed a Crime Against the Judicial Machinery at 8:53*

CASE NO. 14-CV-05180         1         **DECLARATION OF PAUL SOMERS IN SUPPORT OF RECUSAL OR DISQUALIFICATION OF MAGISTRATE JUDGE KANDIS WESTMORE**

*PM on May 25, 2016,*" and *"Seyfarth Shaw Forges Signature on Court Filing Now Under Investigation by the DA."* As a result it is easy to discern those 5-6 visitors are which, through deduction, only leaves Seyfarth as the party who prompted the Magistrate to visit those pages.

4. I believe based upon the evidence I have reviewed from Statcounter that the Magistrate Judge has been investigating the facts in this case a the prompting of Defendants.

5. Through Statcounter, I recently noticed that Judge Westmore could be identified as a frequent visitor and it made me realize that I would be able to file a motion to recuse her from the case due to her investigating facts in the case and since it proves ex parte communications between her and Defendants' counsel, Seyfarth Shaw.

6. I believe based upon my experience observing Brian Ashe, who lies nearly every time he makes a statement in my presence, that the Magistrate Judge's bias is in part, stemming from ex parte communications he has had with her. That communication almost certainly involved false and highly damaging statements about me.

7. Based upon all of the factors listed in the motion for recusal, I believe that a recusal or disqualification is required because there is not only bias but collusion occurring between the Magistrate and the defense counsel, Seyfarth Shaw, Brian T. Ashe lead counsel to improperly shut me out of obtaining discovery and to harass and an intimidate me into withdrawing my claims. (Dkts. 242, 246)

CASE NO. 14-CV-05180                              2         **DECLARATION OF PAUL SOMERS IN SUPPORT OF RECUSAL OR DISQUALIFICATION OF MAGISTRATE JUDGE KANDIS WESTMORE**

8. I have attached, as Exhibit B, an Order from a case presided over by Judge Westmore which shows disparate treatment by the Magistrate contrasting my situation to that of a Mr. Cowan, both self-represented litigants.

9. Ibelieve that because the Magistrate would not allow me to file a motion for sanctions (Dkt. 19+) which respect to fraud and forgery committed by Seyfarth Shaw on the night of May 5, 2016. It also seems to be the case based on her errant review of the search terms (Dkt. 145, pages 11-12) that the Magistrate is trying to help the Defendant avoid scrutiny and punishment once again for their earlier scheme which is undermined the entire discovery process. Because it appears to an intentional joint effort, I am highly concerned.

I declare under penalty of perjury under the laws of the United States and the laws of California that the foregoing is true and correct to the best of my knowledge.

Executed in San Francisco, California on March 20, 2018.

By: /s/ Somers
PAUL SOMERS

CASE NO. 14-CV-05180    3    **DECLARATION OF PAUL SOMERS IN SUPPORT OF RECUSAL OR DISQUALIFICATION OF MAGISTRATE JUDGE KANDIS WESTMORE**