SUPPLEMENT
PAUL SOMERS DECLARATION
DOCKET 288

# EXHIBIT A



