

**Continuance of Hearing**
Paul Somers   to: Sue_Imbriani
Cc: Brian Ashe, KAWpo

04/19/2018 12:58 PM

History:   This message has been forwarded.

Dear Susan

Please let Judge Westmore that I fell ill yesterday and now being admitted to hospital. The hearing for later this afternoon will have to be continued. I will file a continuance just a soon as possible.

Rgds,
Paul Somers