# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 26, 2018

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

**Re:  Digital Realty Trust, Inc.
v.  Paul Somers,
No. 16-1276 (Your docket No. 15-17352)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

Herve' Bocage
Judgments/Mandates Clerk

Enc.
cc:  Mr. Kannon K. Shanmugam, Esq.
      Mr. Daniel L. Geyser, Esq.

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 26, 2018

Mr. Kannon K. Shanmugam, Esq.
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005

> Re:  **Digital Realty Trust, Inc.**
> **v.  Paul Somers,**
> **No. 16-1276**

Dear Mr. Shanmugam:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

The petitioner is given recovery of costs in this Court as follows:

**Clerk's costs:**          **$300.00**

This amount may be recovered from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By

Herve' Bocage
Judgments/Mandates Clerk

Enc.
cc:    All attorneys of record
         Clerk, USCA Ninth Circuit
                (Your docket No. 15-17352)

# Supreme Court of the United States

## No.  16-1276

### DIGITAL REALTY TRUST, INC.,

Petitioner

**v.**

### PAUL SOMERS

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner Digital Realty Trust, Inc. recover from Paul Somers Three Hundred  Dollars ($300.00) for costs herein expended.

February 21, 2018

**Clerk's costs:**            **$300.00**

A True copy SCOTT S. HARRIS

Test

Clerk of the Supreme Court of the United States

By