PAUL SOMERS
185 Channel Street #114
San Francisco, CA 94158
Telephone: (917) 868-1070
paulsomersPro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SOMERS,<br>Plaintiff,<br><br>v.<br><br>DIGITAL REALTY TRUST INC, et al.,<br>Defendants. | **Case 3:14-cv-05180**<br><br>**[PROPOSED] ORDER FOR CONTINUANCE OF HEARING FOR DEFENDANTS' MOTION (DKT.271)**<br><br>Date: June 7, 2018<br>Time: 1:30 PM<br>Courtroom: 4<br>Judge: Kandis Westmore |

## MOTION FOR CONTINUANCE

Plaintiff Paul Somers, requests this Court continue the hearing originally scheduled for April 19, 2018, regarding Defendant's Motion (Dkt. 271), to a new date of June 7, 2018. at 1:30 p.m. in Courtroom 4, 3rd Floor, in Oakland Courthouse, 1301 Clay Street, Oakland, California, before Magistrate Judge Kandis A. Westmore.

Case 3:14-cv-05180          **[PROPOSED] ORDER FOR CONTINUANCE OF HEARING FOR DEFENDANTS' MOTION (DKT.271)**

1 | Plaintiff was Ordered by the Court to set a new hearing date. Plaintiff will be unavailable May 15 - June 1, 2018.

Dated:  April 26, 2018

Respectfully submitted,

By: /s/ Paul Somers

Plaintiff Pro Se

Case 3:14-cv-05180

Case 3:14-cv-05180         **[PROPOSED] ORDER FOR CONTINUANCE OF HEARING FOR DEFENDANTS' MOTION (DKT.271)**

2