# Plaintiff's Declaration
# EXHIBIT A

