UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SOMERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIGITAL REALTY TRUST INC, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-05180-EMC<br><br>**ORDER DENYING PLAINTIFF'S PRESERVATION REQUEST**<br><br>Docket No. 327 |

Plaintiff's request that the Court preserve court records beyond any records that are preserved in the ordinary course of business is **DENIED**.

This order disposes of Docket No. 327.

**IT IS SO ORDERED**.

Dated: June 6, 2018

　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　United States District Judge