Paul Somers
1278 Glenneyre #508,
Laguna Beach, CA 92651
917-868-1070

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL SOMERS,

            Plaintiff,

      v.

DIGITAL REALTY TRUST INC, et al.,

          Defendants.

Case No. 14-cv-05180-EMC

**NOTICE OF CHANGE OF ADDRESS**

    Please take notice that Plaintiff 's Address has changed to:

1278 Glenneyre #508

Laguna Beach, CA 92651

Dated: June 9, 2018

By: _____

PAUL SOMERS
Pro Se