PAUL SOMERS
1278 Glenneyre #508
Laguna Beach, CA  92651
(917)-868-1070
paulsomers@me.com
Pro Se

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SOMERS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DIGITAL REALTY TRUST INC., a Maryland corporation, ELLEN JACOBS, an individual, and DOES ONE through TEN, inclusive,<br><br>Defendants | Case No. 14-CV-05180 EMC<br><br>**MOTION TO STRIKE CERTAIN DECLARATIONS FILED BY DEFENDANTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JDUGEMENT (Dkt 331)** |

### MOTION TO STRIKE THE DECLARATION OF SAM LEE

Plaintiff hereby requests that the Court strike the entire declaration of Sam Lee on the grounds that declarations are forbidden for use in litigation. As well the Republic of Singapore requires that evidence obtained within their boundaries must be legalized before it can be released to a US court.

### MOTION TO STRIKE THE DECLARATION OF SARAH SCHUBERT

Plaintiff hereby requests that the Court strike the entire declaration of Sarah Schubert on the grounds that declarations are forbidden for use in litigation. As well the Republic of Singapore requires that evidence obtained within their boundaries must be legalized before it can be released to a US court.

Respectfully submitted,

                              <u>/s/Paul Somers</u>
                              Paul Somers
                              Plaintiff, Pro Se

**MOTION TO STRIKE CERTAIN DECLARATIONS FILED BY DEFENDANTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JDUGEMENT**

PAUL SOMERS, an individual,

    Plaintiff,

vs.

DIGITAL REALTY TRUST INC., a Maryland corporation, ELLEN JACOBS, an individual, and DOES ONE through TEN, inclusive,

    Defendants.

Case No. 14-CV-05180 EMC

**PROPOSED ORDER TO STRIKE CERTAIN DECLARATIONS FILED BY DEFENDANTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGEMENT**

**Dkt. (331)**

UNITED STATES DISTRICT COURT

FOR

THE NORTHERN DISTRICT OF CALIFORNIA

ORDER STRIKING CERTAIN DECLARATIONS

Upon consideration the Motion filed by Plaintiff Paul Somers, it is ORDERED that the Declarations of Sam Lee and Sarah Schubert shall be struck from the record for failing to comply with the laws of the Republic of Singapore.

IT IS SO ORDERED.
Dated:

                                                    EDWARD M. CHEN
                                                  United States District Judge

**MOTION TO STRIKE CERTAIN DECLARATIONS FILED BY DEFENDANTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JDUGEMENT**