| | |
|---|---|
| PAUL SOMERS, an individual,<br><br>Plaintiff,<br><br>vs.<br>DIGITAL REALTY TRUST INC., a Maryland corporation, ELLEN JACOBS, an individual, and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 14-CV-05180 EMC<br><br>**PROPOSED ORDER TO STRIKE CERTAIN DECLARATIONS FILED BY DEFENDANTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGEMENT**<br><br>**Dkt. (331)** |

UNITED STATES DISTRICT COURT

FOR

THE NORTHERN DISTRICT OF CALIFORNIA


ORDER STRIKING CERTAIN DECLARATIONS

Upon consideration the Motion filed by Plaintiff Paul Somers, it is ORDERED that the Declarations of Sam Lee and Sarah Schubert shall be struck from the record for failing to comply with the laws of the Republic of Singapore.

IT IS SO ORDERED.
Dated:

                                                                                                            _____<br>
                                                                                         EDWARD M. CHEN<br>
                                                                                    United States District Judge

                                                         **MOTION TO STRIKE CERTAIN DECLARATIONS FILED BY DEFENDANTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JDUGEMENT**