UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SOMERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIGITAL REALTY TRUST INC, et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-05180-EMC<br><br>**JUDGMENT** |

On August 6, 2018, the Court issued its Order Re Defendants' Motion for Summary Judgment and Defendants' Motion in Limine No. 1 (*see* Order, Docket No. 354).  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: August 6, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　United States District Judge